UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | : <br> : <br> : <br> : <br> : No. 2:17-cv-01990 <br> : <br> : <br> : <br> : <br> : |

# **O R D E R**

**AND NOW**, this 6th day of April, 2018, upon consideration of Defendant's Motion to Dismiss, ECF No. 10, and for the reasons set forth in the Opinion issued this date, it is

**ORDERED** that:

1. Defendant's Motion to Dismiss, ECF No. 10, is **GRANTED**;

2. Plaintiff's Complaint is **DISMISSED**;

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge